**STATE of Missouri, Respondent,**

v.

**Anthony L. MARTIN, Appellant.**

**No. WD 42172.**

Missouri Court of Appeals,
Western District.

May 1, 1990.

As Modified May 29, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

Application to Transfer Denied
Sept. 11, 1990.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Office of State Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary in the second degree, in violation of § 569.170, RSMo 1986.

Judgment affirmed. Rule 30.25(b).